SUSAN E. BASINGER, ESQ. (Bar No. 140864)
basinger@higgslaw.com
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
NORTH AMERICAN COMPANY FOR
LIFE AND HEALTH INSURANCE

FILED
2008 MAY 28 PM 2: 45
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____KNH_____DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE W. HUNTER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, an Illinois Corporation, and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | CASE NO. '08 CV 0939 DMS NLS<br><br>**DEFENDANT'S DEMAND FOR JURY TRIAL** |

TO PLAINTIFF LYLE W. HUNTER, BY AND THROUGH HIS ATTORNEY OF RECORD:

Defendant North American Company for Life and Health Insurance hereby DEMAND A JURY TRIAL AS PROVIDED BY Rule 38(a) of the Federal Rules of Civil Procedure.

DATED: May 28, 2008

HIGGS, FLETCHER & MACK LLP

By: /s/ Susan E. Basinger
SUSAN E. BASINGER
Attorneys for Defendant
NORTH AMERICAN COMPANY
FOR LIFE AND HEALTH
INSURANCE

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

860410.1

Case No.