UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

LYLE W. HUNTER, )
)
Plaintiff )
)                         Case No. 08 cv 0939 DMS NLS
vs )
)                         PRO HAC VICE APPLICATION
NORTH AMERICAN COMPANY FOR )
LIFE AND HEALTH INSURANCE, et al. )   Defendant
Defendant )                         Party Represented
_____)

FILED
JUN 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, Morgan J. Milner hereby petition the above entitled court to permit me
(Applicant)
to appear and participate in this case and in support of petition state:

My firm name:     Chittenden, Murday & Novotny LLC
Street address:   303 West Madison Street, Suite 1400
City, State, ZIP: Chicago, Illinois 60606
Phone number:     312/281-3600

That on November 4, 2004 I was admitted to practice before Illinois Supreme Court
         (Date)                                              (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____

Case number _____ Date of application _____

Application   ☐ granted   ☐ denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

**DESIGNATION OF LOCAL COUNSEL**

I hereby designate the below named as associate local counsel.

Susan E. Basinger                              619/236-1551
(Name)                                         (Telephone)
Higgs, Fletcher & Mack LLP
(Firm)
401 West "A" Street, Suite 2600    San Diego, CA                  92101
(Street)                           (City)                         (Zip code)

_____
Signature of Applicant

I hereby consent to the above designation.

_____
Signature of Designee Attorney

The pro hac vice application is hereby approved for filing.



W. Samuel Hamrick, Jr.
Clerk of Court

_____
By Deputy Clerk      M. Zvers

Received $180.00 for Court Library fee

_____ Deputy Clerk


**Pro Hac Vice**   (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application , and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.


**Fee:**   $180.00, payable to Clerk, U.S. District Court


**Application and fee should be mailed directly to:**

W. Samuel Hamrick, Jr., Clerk
United States District Court
Southern District of California
880 Front Street Suite 4290
San Diego, California 92101-8900

8/7/07

SUSAN E. BASINGER, ESQ. (Bar No. 140864)
basinger@higgslaw.com
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
NORTH AMERICAN COMPANY FOR
LIFE AND HEALTH INSURANCE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE W. HUNTER,<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, an Illinois Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 08 CV 0939 DMS NLS<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare that:

I am over the age of 18 years and not a party to the case; I am employed in the County of San Diego, California, and my business address is 401 West A Street #2600, San Diego, California 92101 7908.

On June 10, 2008, I served a copy, with all exhibits (if any), of the attached **PRO HAC VICE APPLICATION (Joseph J. Hasman); PRO HAC VICE APPLICATION (Morgan J. Milner)** on the interested parties in this action, by placing true copies thereof in a separate envelope addressed to each addressee, respectively, as follows:

///

///

///

| | |
|---|---|
| Anton C. Gerschler, Esq.<br>Dena M. Acosta, Esq.<br>North County Law Firm<br>914-A North Coast Highway 101<br>Encinitas, CA 92024 | Attorney for Plaintiff<br>Phone 760.633-4060;<br>Fax 760.633-4066 |
| Joseph J. Hasman, Esq.<br>Morgan J. Milner, Esq.<br>Chittenden, Murday & Novotny LLC<br>303 West Madison Street, Suite 1400<br>Chicago, IL 60606<br>jhasman@cmn-law.com<br>mmilner@cmn-law.com | Co-counsel for defendant<br>NORTH AMERICAN<br>COMPANY FOR LIFE AND<br>HEALTH INSURANCE<br>Phone 312.281.3600<br>Fax 312.281.3678 |

__X__ (BY MAIL): I deposited such envelope in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing in affidavit. (CCP §§ 1013, 2015.5.)

_____ (BY MAIL & E-MAIL): I deposited such envelope in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing in affidavit. (CCP §§ 1013, 2015.5.) Further, notice shall be electronically mailed pursuant to the Southern District of California, Electronic Case Filing Administrative Policies and Procedures, on the parties as indicated above.

_____ (FACSIMILE SERVICE): As evidenced by the attached facsimile transmission report, I faxed the above-described documents to each addressee named herein. The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration. (CCP §§ 1013, 2015.5; Cal. Rules of Court, Rule 2008(e).)

Executed on June 10, 2008, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Linda McMullen*
LINDA McMULLEN
103046-3