**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LYLE W. HUNTER, | ) | Civil No.08cv939 DMS (NLS) |
| | ) | |
| Plaintiff, | ) | **ORDER FOLLOWING EARLY** |
| | ) | **NEUTRAL EVALUATION** |
| v. | ) | **CONFERENCE, SETTING RULE 26** |
| | ) | **COMPLIANCE, AND NOTICE OF** |
| NORTH AMERICAN COMPANY FOR | ) | ***TELEPHONIC*** **CASE MANAGEMENT** |
| LIFE AND HEALTH INSURANCE, an | ) | **CONFERENCE** |
| Illinois corporation and DOES 1-50, | ) | |
| inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On July 21, 2008, the Court convened an Early Neutral Evaluation Conference in the above-entitled action. The case did not settle.  The Court discussed compliance with Federal Rule of Civil Procedure, Rule 26, and based thereon, issues the following orders:

1.    Counsel are ordered to appear **telephonically** on ***September 5, 2008 at 9:30 a.m.*** before Magistrate Judge Stormes for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Plaintiff's counsel shall initiate the telephonic conference.

2.    The Rule 26(f) conference shall be completed on or before ***August 15, 2008***.

3.    The requirement to lodge a Joint Discovery Plan is ***waived***.

4.    The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before ***August 29, 2008***.

Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter. Each responsible attorney of record and all parties representing themselves shall participate in the

1    conference.  Represented parties need not participate.

2         Failure of any counsel or party to comply with this order will result in sanctions.

3         **IT IS SO ORDERED.**

4    DATED:  July 21, 2008

5

6                                      Hon. Nita L. Stormes
                                       U.S. Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28